PD-1634-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 8/13/2015 8:55:42 AI
Accepted 8/13/2015 10:11:47 AI
ABEL ACOST,
CLER

No. PD-1634-14

| AARON JACOB MOORE | § | IN THE |
| VS. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | STATE OF TEXAS |

## STATE'S MOTION FOR LEAVE TO FILE REPLY BRIEF TO APPELLANT'S BRIEF ON THE MERITS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the State of Texas by and through its District Attorney, 268th Judicial District, Fort Bend County, and pursuant to Rule of Appellate Procedure 70.4 moves this Court to grant leave to file a reply to Appellant's brief on the merits of the State's petition for discretionary review.

This Court granted the State's petition on one issue:

Does the court of appeals's construction of "the state" in Section 54.02(j)(4)(A), Family Code require dismissal of a case with prejudice without consideration of the factors for oppressive delay in violation of the separation of powers doctrine?

*Moore v. State*, No. PD-1634-14 (Tex. Crim. App. April 22, 2015).

The State filed its brief on June 9, 2015, and Appellant filed his brief on July 27, 2015. This Court has set this case for submission on August 19, 2015.

The State believes that its reply to Appellant's brief will aid this Court in its decision by concisely addressing flaws in Appellant's argument, such as that the office of the district attorney is legislatively, rather than constitutionally created, and that

1

*Williams v. State*, 938 S.W.2d 456 (Tex. Crim. App. 1997), supports a finding that Section 54.02(j)(4)(A) is contractual in nature like the Interstate Agreement for Detainers Act.

WHEREFORE, PREMISES CONSIDERED, the State respectfully asks this Court to grant it leave to file its reply to Appellant's brief on the merits of the question granted.

<div style="margin-left:50%">

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205 / (281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

</div>

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that a copy of the foregoing State's motion for leave to file its reply brief was served on August 13, 2015, by the electronic filing manager or by email August 13, 2015, on Ms. Carmen Roe, Attorney for Appellant, <carmen@carmenroe.com>, and on Ms. Lisa McMinn, State Prosecuting Attorney, <Lisa.McMinn@spa.texas.gov>.

<div style="margin-left:50%">

Gail Kikawa McConnell
Gail Kikawa McConnell

</div>